(Official Form 1) (10/05)

| United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>McClinton Bernard | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>McClinton Tracie W. |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): ... .. 0299 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): ... .. 2009 |
| Street Address of Debtor (No. & Street, City, and State):<br>19 Hickory Court<br>Calumet City, Il. 60409     ZIPCODE | Street Address of Joint Debtor (No. & Street, City, and State):<br>19 Hickoru Court<br>Calumet City, Il. 60409     ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business** (Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [X] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate non____ ____ liquidated debts owed to non-insiders or affiliates are less than $____

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | More than 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 05/31/2006
Time: 16:29:02
Debtor: BERNARD MCCLINTON
Case: 06-06266
Chapter: 13   Rec. # : 3150927
Judge: Carol Doyle    Fee : 274
341 mtg: 06/26/2006 @ 02:30PM
ConfHrg: 07/20/2006 @ 10:30AM
Trustee: MARILYN MARSHALL
1:06BK06266-BK001

(Official Form 1) (10/05)

**Due to time restrictions:**
**(Note: Tracie W. McClinton is not eligible to receive a discharge of debts in this case.**

FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Bernard McClinton & Tracie W. McClinton |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: Tracie McClinto filed in Chicago, Illinois. | Case Number: 02 B 28476 (ch.7) | Date Filed: 7-26-02 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _[signature]_ 5-12-06
Signature of Attorney for Debtor(s)   Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☒ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): Bernard McClinton & Tracie W. McClinton

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Bernard McClinton_ (signature)
Signature of Debtor

X _Tracie McClinton_ (signature)
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X _E. Paul Rustin_ (signature)
Signature of Attorney for Debtor(s)
E. PAUL RUSTIN

Printed Name of Attorney for Debtor(s)
E. Paul Rustin, Ltd.

Firm Name
120 W. Madison Street #700

Address
Chicago, Il. 60602

(312) 346-8438
Telephone Number

5-12-06
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Form B6D
(10/05)

In re  Bernard McClinton
      Tracie W. McClinto            ,       Case No. _____
              Debtor                                   (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RiverOaks Townhouse Cooperative<br>1 Chestnut Street<br>Calumer City, Il. 60409 | | H&W | purchased 1998. Personal residence.<br>VALUE $7800. | | | | monthly assesment, secured by the co-op.<br>PAY OUTSIDE OF PLAN. | -0- |
| 2808417601<br>CitiFinancial Auto<br>PO Box 1437<br>Minneapolic, MN 55440-1437 | | H | '05 Ford Focus. vehicle.<br>VALUE $22,437 | | | | $26,523.00 | |
| 50863939<br>AmericanGeneral Finance.<br>13608 Cicero Ave.<br>Crestwood, Il. 60445 | | H & W | '01 FordCrown Victoria. Loan<br>VALUE $ 9700 | | | | $9,704.16 | -0- |
| 6032590321751587<br>CitiFinancial Retail Services.<br>PO Box 22060<br>Tempe, AZ 85285 | | H & W | Wickes furniture.<br>VALUE $9576 | | | | $4176.00 | -0- |

____ continuation sheets attached

Subtotal ▶ (Total of this page)   $

Total ▶ (Use only on last page)   $ 40,403

Form B6F (10/05)

In re  BERNARD McCLINTON and TRACIE W. McCLINTON , Case No. _____
   Debtor                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ***7884  JPMorgan Chase Bank  PO Box 15298  Wilmington, DE 19850-5298 | | | credit card | | | | 1,094.83 |
| ACCOUNT NO. 1888 9176  American General Finance Co.  13608 Cicero Ave., Suite C  Crestwood, IL 60445-1987 | | | loan | | | | 3,570.17 |
| ACCOUNT NO. ***5008  NCO Financial Systems, Inc.  re Risk Mgmt.Alternatives, Inc.  507 Prudential Road  Horsham, PA 19044 | | | credit card | | | | 727.82 |
| ACCOUNT NO.  NCO Financial Systems, Inc.  re Risk Mgmt.Alternatives, Inc.  200 Vesey St., 44th Flr.  New York, NY 10285 | | | American Express Outside Agency | | | | notice purposes |
| | | | | | | Subtotal▶ | $  5,392.82 |
| 8 continuation sheets attached | | | | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules.) | $ |

In re BERNARD McCLINTON and TRACIE W. McCLINTON, Case No. _____ (If known)
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Budget Counselors, Inc. 9111 Broadway, Suite CC Merrillville, IN 46410 | | | | | | | 195.00 |
| ACCOUNT NO. ***3362 CitiFinancial 15949 S. Harlem Ave. Tinley Park, IL 60477-1609 | | | Anticipated deficiency balance | | | | 17,452.77 |
| ACCOUNT NO. ***0299 Specified Credit Assn./Loan Machine 3450 Bridgeland Drive, Suite F Bridgeton, MO 63044 | | | Loan | | | | 11,084.01 |
| ACCOUNT NO. ***8776 CitiFinancial Services, Inc. 15949 S. Harlem Ave. Tinley Park, IL 60477-1609 | | | Loan | | | | 16,706.98 |
| ACCOUNT NO. 215230-01 Personal Finance Co. 17519 S. Kedzie Ave. PO Box 172 Hazel Crest, IL 60429 | | | Loan | | | | 4,046.03 |
| ACCOUNT NO. ***356-9 J.C. Penney Co. re GE Money Bank PO Box 960001 Orlando, FL 32896-0001 | | | Retail purchases | | | | 384.77 |
| ACCOUNT NO. ***4780 Sears Card PO Box 182149 Columbus, OH 43218-2149 | | | Retail purchases | | | | 1,516.14 |
| | | | | | | Subtotal▶ | $ 51,385.70 |
| | | | | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules.) | $ |

7 continuation sheets attached

In re BERNARD McCLINTON and TRACIE W. McCLINTON,  Case No. _____
      Debtor                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. G110509<br>Universal Account Servicing, LLC<br>re College Partnership Inc.<br>PO Box 147<br>St. Joseph, MO 64502-0147 | | II | Tuition charges | | | | 1,200.00 |
| ACCOUNT NO. ***8493<br>Household Bank Mastercard<br>PO Box 60177<br>City of Industry, CA 91716-0177 | | | HSBC Credit Card | | | | 463.16 |
| ACCOUNT NO. ***0208-877<br>Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | | Retail Purchases | | | | 10.96 |
| ACCOUNT NO. ***7162<br>Wal-Mart<br>PO Box 981064<br>El Paso, TX 79998-1064 | | | Retail Purchases | | | | 1,130.20 |
| ACCOUNT NO. ***8530<br>NTB Credit Plan<br>PO Box 689182<br>Des Moines, IA 50368-9182 | | | Loan | | | | 1,253.04 |
| ACCOUNT NO. ***2594<br>Capital One Services, Inc.<br>15000 Capital One Drive<br>Richmond, VA 23238 | | | Credit Card | | | | 1,163.68 |
| ACCOUNT NO. ***7823<br>Capital One<br>PO Box 30285<br>SLC, UT 84130-0285 | | | Credit Card | | | | 2,264.70 |
| | | | | | | Subtotal ▶ | $ 7,485.74 |
| | | | | | | Total ▶ | $ |

6 continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules.)

In re BERNARD McCLINTON and TRACIE W. McCLINTON  Case No. _____ (If known)
       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ***4149 Capital One PO Box 30285 SLC, UT 84130-0285 | | | Credit Card | | | | 487.54 |
| ACCOUNT NO. ***2828 Capital One PO Box 85617 Richmond, VA 23285-5617 | | | Credit Card | | | | 268.07 |
| ACCOUNT NO. ***2902 First Premier Bank PO Box 5519 Sioux Falls, SD 57117-5519 | | | Credit Card | | | | 383.51 |
| ACCOUNT NO. 380938H Harvey Anesthesiologists SC 222 East Dundee Road Wheeling, IL 60090-3009 | | | Medical services | | | | 30.00 |
| ACCOUNT NO. ***8044 GE Money Bank PO Box 981127 El Paso, TX 79998-1127 | | | Credit Card | | | | 2,121.05 |
| ACCOUNT NO. 6G901194 Women's Healthcare Assoc. of Illinois 4647 West Lincoln Hwy. Matteson, IL 60443 | | | Medical expense | | | | 28.10 |
| ACCOUNT NO. G901194 Children's Memorial Medical Group 75 Remittance Dr., Suite 1312 Chicago, IL 60675-1312 | | | Medical expense | | | | 117.67 |
| | | | | | | Subtotal ▶ | $ 3,435.94 |
| | | | | | | Total ▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules.) | $ |

5 continuation sheets attached

In re  BERNARD McCLINTON and TRACIE W. McCLINTON,    Case No. _____
                          Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3060855<br>Calumet Surgery Center, LLC<br>PO Box 88633 - Dept. A<br>Chicago, IL 60680-1633 | | | Medical expense | | | | 131.70 |
| ACCOUNT NO. R00484314<br>Hammond Clinic, LLC<br>7905 Calumet Ave.<br>Munster, IN 46321-1298 | | | Medical expense | | | | 23.05 |
| ACCOUNT NO. 36595SWL<br>Southwest Laboratory Physicians, SC<br>Dept. 77-9288<br>Chicago, IL 60678-9288 | | | Medical expense | | | | 187.61 |
| ACCOUNT NO. ***5008<br>NCO Financial Systems, Inc<br>re American Express US<br>200 Vesey St., 44th Flr.<br>New York, NY 10285 | | | Credit Card | | | | Notice Purposes |
| ACCOUNT NO. ***3835<br>Pathology Consultants<br>PO Box 583<br>Michigan City, IN 46361-0583 | | | Medical Expense | | | | 286.00 |
| File<br>ACCOUNT NO. 1213962<br>Richard P. Komyatte & Assoc.<br>9650 Gordon Dr.<br>Highland, IN 46322 | | | | | | | Notice Purposes |
| ACCOUNT NO. MS6870<br>Midwest Savers, Inc.<br>8762 Louisiana St., SuiteI<br>Merrillville, IN 46410 | | | | | | | 638.29 |
| | | | | | | Subtotal▶ | $ 1,266.65 |
| | | | | | | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules.) | $ |

4 continuation sheets attached

In re  BERNARD McCLINTON and TRACIE W. McCLINTON          Case No. _____
　　　　　　　　　Debtor                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL 60426 | | | Medical expense | | | | 41.20 |
| ACCOUNT NO. ***0156<br>Ingalls Memorial Hospital<br>Medical Recovery Specialists<br>2250 E. Devon Ave., Suite 352<br>Des Plaines, IL 60018 | | | Medical expense | | | | 298.08 |
| ACCOUNT NO. ***8359<br>Ingalls Memorial Hospital<br>Medical Recovery Specialists<br>2200 E. Devon Ave., Suite 288<br>Des Plaines, IL 60018-4519 | | | Medical expense | | | | 109.11 |
| ACCOUNT NO. ***8605<br>Accellerated Receivables Management<br>re Ingalls Memorial Hospital<br>PO Box 75608<br>Chicago, IL 60675 | | | Medical expense | | | | 111.78 |
| ACCOUNT NO. ***3218<br>Citi Platinum Select Card<br>PO Box 6000<br>The Lakes, NV 89163-6000 | | | Credit Card | | | | 4,965.47 |
| ACCOUNT NO.<br>Illinois Title Loan<br>801 E. Sibley Blvd.<br>Dolton, IL 60419 | | | Loan | | | | 725.00 |
| ACCOUNT NO.<br>Check N Go<br>PO Box 204<br>Mason, OH 45040 | | | Loan | | | | Notice Purposes |
| | | | | | | Subtotal ▶ | $ 6,250.64 |
| | | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules.) | $ |

_3_ continuation sheets attached

In re BERNARD McCLINTON and TRACIE W. McCLINTON          Case No. _____
          Debtor                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> First Payday Loan <br> 1513 Sibley Blvd. <br> Calumet City, IL 60409 | | | Loan | | | | 725.00 |
| ACCOUNT NO. 6378 <br> Cash America Financial Services, Inc. <br> 1600 W. 7th St. <br> Fort Worth, TX 76102 | | | Loan | | | | 1,177.92 |
| ACCOUNT NO. <br> Sun Cash of Wisconsin, LLC <br> 598 S. Torrence Ave. <br> Calumet City, IL 60409 | | | Loan | | | | 417.00 |
| ACCOUNT NO. 729 <br> AmeriCash Loans <br> 555 Torrence Ave. <br> Calumet City, IL 60409 | | | Loan | | | | 559.43 |
| ACCOUNT NO. 729 <br> AmeriCash Loans <br> 880 Lee Street, Suite 302 <br> Des Plaines, IL 60016-6487 | | | Loan | | | | Notice Purposes |
| ACCOUNT NO. <br> Check'N Go of Illinois <br> 2010 E. 159th St. <br> Calumet City, IL 60409 | | | Loan #831-10611 | | | | 894.00 |
| ACCOUNT NO. 831-10117 <br> Check 'N Go of IL, Inc. <br> 2010 E. 159th St. <br> Calumet City, IL 60409 | | | Loan | | | | 447.00 |
| | | | | | | Subtotal▶ | $ 4,220.35 |
| | | | | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules.) | $ |

2 continuation sheets attached

In re BERNARD McCLINTON and TRACIE W. McCLINTON    Case No. _____ (If known)
    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 348828884<br>One Iron Ventures, Inc. d/b/a Instant Cash Advance<br>1205 E. Sibley Blvd.<br>Dolton, IL 60419 | | | Loan | | | | 700.00 |
| ACCOUNT NO. ***0001<br>Payday Loan Store of IL<br>947 B E. Sibley Blvd<br>Dolton, IL 60419 | | | Loan | | | | 806.57 |
| ACCOUNT NO. 601-119871<br>America's Financial Choice, Inc.<br>702 River Oaks Dr.<br>Calumet City, IL 60409 | | | Loan | | | | 320.07 |
| ACCOUNT NO. CC009790-00<br>US Cash IL, LLC dba The Loan Machine<br>1567 Sibley Blvd.<br>Calumet City, IL 60409 | | | Loan | | | | 5,000.00 |
| ACCOUNT NO.<br>The Title Loan Co.<br>1347 Jeffco Blvd.<br>Arnold, MO 63010 | | | Loan | | | | 6,298.76 |
| ACCOUNT NO.<br>Check 'N Go<br>320 Ridge Road<br>Munster, IN 46321 | | | Loan | | | | 567.00 |
| ACCOUNT NO.<br>Title Lenders, Inc. dba USA Payday Loan<br>1759 River Oaks Drive<br>Calumet City, IL 60409 | | | Loan | | | | 2,299.00 |
| | | | | | | Subtotal ▶ | $ 15,991.40 |
| | | | | | | Total ▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules.) | $ |

_1_ continuation sheets attached

In re BERNARD McCLINTON and TRACIE W. McCLINTON, Debtor    Case No. _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ***4216 <br> Advance Til Payday <br> 17517 S. Kedzie <br> Hazel Crest, IL 60429 | | | Loan | | | | 788.00 |
| ACCOUNT NO. <br> Payday Express <br> 1825 Sibley Blvd. <br> Calumet City, IL 60409 | | | Loan | | | | 450.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Subtotal $ 1,238.00

Total $ 96,667.24
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules.)

- 0 - continuation sheets attached

Re: Bernard McClinton
Tracie McClinton

B 201 (10/05)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($220 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $274)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($150 filing fee, $39 administrative fee: Total fee $189)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

(SIGNATURE PAGE ATTACHED) ➡

Notice to Individual Consumer Debtor

B 201

Page 2

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**
I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed name and title, if any, of Bankruptcy Petition Preparer

Address:

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Certificate of the Debtor**
I (We), the debtor(s), affirm that I (we) have received and read this notice.

Bernard McClinton
_____
Printed Name(s) of Debtor(s)
& Tracie McClinton
Case No. (if known) _____

X /s/ Bernard McClinton
Signature of Debtor    Date

X /s/ Tracie McClinton
Signature of Joint Debtor (if any)    Date